AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Jr., Robert M. | U.S. District Court, Northern District of Illinois | 09/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

E.M. Dirksen U.S. Courthouse
219 South Dearborn Street, Room 1978
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Arthur J. Schmitt Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Bailey & Glasser LLP -- income as partner at law firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lauren Barr | 8/30/13 to 8/31/13 | Stuart, FL | Officiate at wedding for former extern | Meals, lodging |
| 2. | Sarah Rauh | 9/20/13 to 9/22/13 | Sausalito, CA | Officiate at wedding for former law clerk | Transportation, meals, lodging |
| 3. | Kate Roin | 10/4/13 to 10/6/13 | Aspen, CO | Officiate at wedding for former law clerk | Meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | credit card | K |
| 2. | Target | credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Bank accounts | A | Interest | J | T | | | | | |
| 2. Northern Trust Bank IRA (CD) | A | Interest | J | T | | | | | |
| 3. Prudential Individual Retirement Annuity | | | | | | | | | |
| 4. -- AST Academic Strategies Asset Allocation | | None | K | T | Sold (part) | 05/31/13 | K | | |
| 5. | | | | | Sold (part) | 06/19/13 | K | | |
| 6. | | | | | Sold (part) | 06/20/13 | K | | |
| 7. | | | | | Sold (part) | 06/21/13 | J | | |
| 8. | | | | | Sold (part) | 06/24/13 | J | | |
| 9. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 10. | | | | | Sold (part) | 07/05/13 | K | | |
| 11. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 12. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 13. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 14. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 15. | | | | | Sold (part) | 07/30/13 | J | | |
| 16. | | | | | Sold (part) | 08/01/13 | J | | |
| 17. | | | | | Buy (add'l) | 08/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/13/13 | J | | |
| 19. | | | | | Sold (part) | 08/15/13 | J | | |
| 20. | | | | | Sold (part) | 08/16/13 | J | | |
| 21. | | | | | Sold (part) | 08/19/13 | J | | |
| 22. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 23. | | | | | Sold (part) | 08/21/13 | J | | |
| 24. | | | | | Sold (part) | 08/22/13 | J | | |
| 25. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 26. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 27. | | | | | Sold (part) | 08/28/13 | J | | |
| 28. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 29. | | | | | Sold (part) | 09/03/13 | J | | |
| 30. | | | | | Sold (part) | 09/04/13 | J | | |
| 31. | | | | | Sold (part) | 09/05/13 | J | | |
| 32. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 33. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 34. | | | | | Sold (part) | 09/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 36. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 37. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 38. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 39. | | | | | Buy (add'l) | 09/18/13 | K | | |
| 40. | | | | | Buy (add'l) | 09/25/13 | J | | |
| 41. | | | | | Sold (part) | 10/15/13 | J | | |
| 42. | | | | | Buy (add'l) | 10/16/13 | J | | |
| 43. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 44. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 45. | | | | | Sold (part) | 11/01/13 | J | | |
| 46. | | | | | Sold (part) | 11/08/13 | J | | |
| 47. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 48. | | | | | Sold (part) | 12/02/13 | J | | |
| 49. | | | | | Sold (part) | 12/19/13 | J | | |
| 50. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 51. | | | | | Sold (part) | 12/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/25/13 | J | | |
| 53.  -- AST Bond Portfolio 2022 | | None | | | Sold | 05/31/13 | N | | |
| 54.  -- AST Bond Portfolio 2023 (X) | | None | O | T | Open | 05/31/13 | O | | |
| 55. | | | | | Buy (add'l) | 06/19/13 | L | | |
| 56. | | | | | Buy (add'l) | 06/20/13 | L | | |
| 57. | | | | | Buy (add'l) | 06/21/13 | K | | |
| 58. | | | | | Buy (add'l) | 06/24/13 | K | | |
| 59. | | | | | Sold (part) | 06/27/13 | L | | |
| 60. | | | | | Buy (add'l) | 07/05/13 | M | | |
| 61. | | | | | Sold (part) | 07/08/13 | K | | |
| 62. | | | | | Sold (part) | 07/09/13 | K | | |
| 63. | | | | | Sold (part) | 07/11/13 | K | | |
| 64. | | | | | Sold (part) | 07/17/13 | K | | |
| 65. | | | | | Buy (add'l) | 07/30/13 | K | | |
| 66. | | | | | Buy (add'l) | 08/01/13 | K | | |
| 67. | | | | | Sold (part) | 08/02/13 | L | | |
| 68. | | | | | Buy (add'l) | 08/13/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/15/13 | K | | |
| 70. | | | | | Buy (add'l) | 08/16/13 | K | | |
| 71. | | | | | Buy (add'l) | 08/19/13 | K | | |
| 72. | | | | | Sold (part) | 08/20/13 | K | | |
| 73. | | | | | Buy (add'l) | 08/21/13 | K | | |
| 74. | | | | | Buy (add'l) | 08/22/13 | K | | |
| 75. | | | | | Sold (part) | 08/23/13 | K | | |
| 76. | | | | | Sold (part) | 08/27/13 | K | | |
| 77. | | | | | Buy (add'l) | 08/28/13 | K | | |
| 78. | | | | | Sold (part) | 08/29/13 | K | | |
| 79. | | | | | Buy (add'l) | 09/03/13 | K | | |
| 80. | | | | | Buy (add'l) | 09/04/13 | K | | |
| 81. | | | | | Buy (add'l) | 09/05/13 | K | | |
| 82. | | | | | Sold (part) | 09/06/13 | J | | |
| 83. | | | | | Sold (part) | 09/09/13 | K | | |
| 84. | | | | | Buy (add'l) | 09/10/13 | K | | |
| 85. | | | | | Sold (part) | 09/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Sold (part) | 09/13/13 | J | | |
| 87. | | | | | | Sold (part) | 09/16/13 | J | | |
| 88. | | | | | | Sold (part) | 09/17/13 | J | | |
| 89. | | | | | | Sold (part) | 09/18/13 | L | | |
| 90. | | | | | | Sold (part) | 09/25/13 | K | | |
| 91. | | | | | | Buy (add'l) | 10/15/13 | K | | |
| 92. | | | | | | Sold (part) | 10/16/13 | K | | |
| 93. | | | | | | Sold (part) | 10/17/13 | K | | |
| 94. | | | | | | Sold (part) | 10/23/13 | K | | |
| 95. | | | | | | Buy (add'l) | 11/01/13 | K | | |
| 96. | | | | | | Buy (add'l) | 11/08/13 | K | | |
| 97. | | | | | | Sold (part) | 11/14/13 | K | | |
| 98. | | | | | | Buy (add'l) | 12/02/13 | K | | |
| 99. | | | | | | Buy (add'l) | 12/19/13 | K | | |
| 100. | | | | | | Sold (part) | 12/20/13 | K | | |
| 101. | | | | | | Buy (add'l) | 12/24/13 | K | | |
| 102. | | | | | | Sold (part) | 12/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- AST First Trust Cap/Prudential Growth Allocation Portfolio | | None | M | T | Sold (part) | 05/31/13 | L | | |
| 104. | | | | | Sold (part) | 06/19/13 | L | | |
| 105. | | | | | Sold (part) | 06/20/13 | L | | |
| 106. | | | | | Sold (part) | 06/21/13 | K | | |
| 107. | | | | | Sold (part) | 06/24/13 | K | | |
| 108. | | | | | Buy (add'l) | 06/27/13 | K | | |
| 109. | | | | | Sold (part) | 07/05/13 | L | | |
| 110. | | | | | Buy (add'l) | 07/08/13 | K | | |
| 111. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 112. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 113. | | | | | Buy (add'l) | 07/17/13 | K | | |
| 114. | | | | | Sold (part) | 07/30/13 | K | | |
| 115. | | | | | Sold (part) | 08/01/13 | K | | |
| 116. | | | | | Buy (add'l) | 08/02/13 | K | | |
| 117. | | | | | Sold (part) | 08/13/13 | K | | |
| 118. | | | | | Sold (part) | 08/15/13 | K | | |
| 119. | | | | | Sold (part) | 08/16/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 08/19/13 | K | | |
| 121. | | | | | Buy (add'l) | 08/20/13 | K | | |
| 122. | | | | | Sold (part) | 08/21/13 | K | | |
| 123. | | | | | Sold (part) | 08/22/13 | K | | |
| 124. | | | | | Buy (add'l) | 08/23/13 | K | | |
| 125. | | | | | Buy (add'l) | 08/27/13 | K | | |
| 126. | | | | | Sold (part) | 08/28/13 | K | | |
| 127. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 128. | | | | | Sold (part) | 09/03/13 | K | | |
| 129. | | | | | Sold (part) | 09/04/13 | J | | |
| 130. | | | | | Sold (part) | 09/05/13 | K | | |
| 131. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 132. | | | | | Buy (add'l) | 09/09/13 | K | | |
| 133. | | | | | Sold (part) | 09/10/13 | K | | |
| 134. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 135. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 136. | | | | | Buy (add'l) | 09/16/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 138. | | | | | Buy (add'l) | 09/18/13 | K | | |
| 139. | | | | | Buy (add'l) | 09/25/13 | K | | |
| 140. | | | | | Sold (part) | 10/15/13 | K | | |
| 141. | | | | | Buy (add'l) | 10/16/13 | K | | |
| 142. | | | | | Buy (add'l) | 10/17/13 | K | | |
| 143. | | | | | Buy (add'l) | 10/23/13 | K | | |
| 144. | | | | | Sold (part) | 11/01/13 | K | | |
| 145. | | | | | Sold (part) | 11/08/13 | K | | |
| 146. | | | | | Buy (add'l) | 11/14/13 | K | | |
| 147. | | | | | Sold (part) | 12/02/13 | K | | |
| 148. | | | | | Sold (part) | 12/19/13 | K | | |
| 149. | | | | | Buy (add'l) | 12/20/13 | K | | |
| 150. | | | | | Sold (part) | 12/24/13 | K | | |
| 151. | | | | | Sold (part) | 12/25/13 | J | | |
| 152. Harris Bank accounts | A | Interest | J | T | | | | | |
| 153. GCG Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -- American Funds Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 155. -- American Funds Fundamental Investors | A | Dividend | J | T | | | | | |
| 156. -- American Funds Small Cap World Fund | A | Dividend | J | T | | | | | |
| 157. -- American Funds Bond Fund of America | A | Dividend | J | T | | | | | |
| 158. -- American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 159. GCG 529 Fund #1 | | | | | | | | | |
| 160. -- EuroPacific Growth Fund 529A | A | Dividend | K | T | | | | | |
| 161. -- American Funds New Economy Fund | A | Dividend | K | T | | | | | |
| 162. GCG 529 Fund #2 | | | | | | | | | |
| 163. -- American Funds Capital World G/I 529A | A | Dividend | K | T | | | | | |
| 164. -- American Funds Growth Fund of America 529A | A | Dividend | K | T | | | | | |
| 165. GCG 529 Fund #3 | | | | | | | | | |
| 166. -- New Perspective Fund 529A | A | Dividend | K | T | | | | | |
| 167. -- American Funds Fundamental Investors 529A | A | Dividend | K | T | | | | | |
| 168. GCG 529 Fund #4 | | | | | | | | | |
| 169. -- American Funds SmallCap World Fund 529A | A | Dividend | J | T | | | | | |
| 170. -- American Funds Capital Income Builder 529A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Podesta (Millenium Trust) HSA Account | A | Interest | | | Closed | 06/04/13 | J | | |
| 172. TD Ameritrade (HSA Bank) (X) | A | Interest | J | T | Open | 06/04/13 | J | | |
| 173. Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 174. MSJI Inc. Common Stock | | None | J | T | | | | | |
| 175. Minnesota Life: Variable Adjustment Life Insurance | | None | | | Redeemed | 05/21/13 | J | E | |
| 176. Buffalo Jayhawk China Fund | | None | | | Buy (add'l) | 01/24/13 | J | | |
| 177. | | | | | Sold | 01/31/13 | J | A | |
| 178. Buffalo International Fund | A | Dividend | K | T | Buy (add'l) | 01/31/13 | J | | |
| 179. | | | | | Sold (part) | 04/23/13 | J | A | |
| 180. | | | | | Sold (part) | 09/06/13 | J | A | |
| 181. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 182. Buffalo Balanced (Flexible Income) Fund | A | Dividend | K | T | Buy (add'l) | 01/23/13 | J | | |
| 183. | | | | | Buy (add'l) | 02/22/13 | J | | |
| 184. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 185. | | | | | Buy (add'l) | 04/22/13 | J | | |
| 186. | | | | | Sold (part) | 04/23/13 | J | C | |
| 187. | | | | | Buy (add'l) | 05/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 189. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 190. | | | | | Buy (add'l) | 08/22/13 | J | | |
| 191. | | | | | Sold (part) | 09/06/13 | J | C | |
| 192. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 193. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 194. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 195. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 196. Buffalo Small Cap Fund | A | Dividend | K | T | Sold (part) | 04/23/13 | J | B | |
| 197. | | | | | Sold (part) | 09/06/13 | J | C | |
| 198. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 199. Buffalo Science & Tech (Discovery) Fund | A | Dividend | K | T | Sold (part) | 04/23/13 | J | C | |
| 200. | | | | | Sold (part) | 09/06/13 | J | D | |
| 201. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 202. Buffalo Large Cap Fund | A | Dividend | K | T | Sold (part) | 04/23/13 | J | C | |
| 203. | | | | | Sold (part) | 09/06/13 | J | D | |
| 204. | | | | | Buy (add'l) | 12/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 09/16/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Buffalo USA Growth Fund | A | Dividend | K | T | Sold (part) | 04/23/13 | J | B | |
| 206. | | | | | Sold (part) | 09/06/13 | J | C | |
| 207. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 208. Northern Inst. Tax -Exempt | | None | J | T | | | | | |
| 209. Bailey & Glasser 401k Profit Sharing Plan | | | L | T | | | | | |
| 210. -- Vanguard Wellington Admiral | A | Int./Div. | | | Sold | 04/12/13 | J | A | |
| 211. -- T Rowe Price Blue Chip Growth | A | Int./Div. | | | Sold | 04/12/13 | J | A | |
| 212. -- Morgan Stanley Inst MidCap Gr | A | Int./Div. | | | Sold | 04/12/13 | J | A | |
| 213. -- Goldman Sachs Growth Opp Cl I | A | Int./Div. | J | T | Buy (add'l) | 04/12/13 | J | | |
| 214. -- Oakmark Global | A | Int./Div. | | | Sold | 04/12/13 | J | A | |
| 215. -- Prud Jenn Natural Resources A (X) | A | Int./Div. | J | T | Buy | 04/12/13 | J | | |
| 216. -- Oppenheimer Developing Markets A (X) | A | Int./Div. | J | T | Buy | 04/12/13 | J | | |
| 217. -- American Funds Cap Wld Gr Inc R3 (X) | A | Int./Div. | J | T | Buy | 04/12/13 | J | | |
| 218. -- Nuveen Small Cap Index A (X) | A | Int./Div. | J | T | Buy | 04/12/13 | J | | |
| 219. Sequella, Inc. | | None | M | T | | | | | |
| 220. IRX Therapeutics, Inc. | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

1. Lines 3, 153, 159, 162, 165, 168, and 209 are headers for various funds -- the individual holdings of each fund, values, and transactions are reported in the lines below each header.

2. For line 172, the HSA account with TD Ameritrade (HSA Bank) is now below $100.00 in value and will be spent down to zero during 2014.

3. For lines 4-52, 54-102, and 103-151, the volume of trades between the various Prudential accounts, sometimes every day for a week or more, takes place to keep a guaranteed minimum value in the account.

4. For line 103, the asset "AST First Trust Cap/Prudential Growth Allocation Portfolio" was formerly known as "AST First Trust Cap Appr Target Portfolio."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert M. Dow, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544